ACCEPTED
03-14-00353-CR
6264890
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 8:32:20 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00353-CR

| | | |
|---|---|---|
| **KELLY RITA SHEFFIELD** | § | **IN THE THIRD** FILED IN |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF** 7/29/2015 8:32:20 AM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** Clerk |

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Evading Arrest with a Vehicle and Endangering a Child, both state jail felonies. She was found guilty by a jury and sentenced to two years confinement in state jail, suspended for five years for Evading, and two years confinement in state jail, suspended for five years for the Endangering offense.[1] She was also ordered to pay a $1,000 fine on each count, along with court costs. Appellant's brief was originally due on October 10, 2014. After multiple extensions and hearings, Appellant's brief was filed on May 28, 2015. The State's brief is currently due on July 29, 2015.

---

[1] Appellant was acquitted of a third charge, Tampering with Physical Evidence.

1

II.

Although I originally anticipated that I would handle the brief for the State in the instant cause, an increase in the volume of appellate, expunction and other work has led to the office specially assigning this brief to Ms. Laura Burton Bates (email: lkbtexas@gmail.com, SBN: 24035014). The Appellant's brief and the clerk's and reporter's records were forwarded to her yesterday. She has not yet had time to complete a significant amount of work on a response, and the State respectfully requests an extension of 30 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until August 28, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant KELLY RITA SHEFFIELD's attorney in this matter:

Joseph E. Garcia III
joeg3@sbcglobal.net
200 N. Seguin Avenue
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 29th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3